# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STX BUSINESS SOLUTIONS, LLC and JON THOMPSON, | § § § § § § § § § § § § § § § | No. 494, 2024 |
| Plaintiffs Below, Appellants, | | |
| v. | | Court Below—Court of Chancery of the State of Delaware |
| FINANCIAL-INFORMATION-TECHNOLOGIES, LLC and FINTECH HOLDCO, | | C.A. No. 2024-0038 |
| Defendants Below, Appellees. | | |

Submitted: June 11, 2025
Decided: June 25, 2025

Before **SEITZ**, Chief Justice; **VALIHURA and LEGROW,** Justices.

## ORDER

This 25th day of June, 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated October 31, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice